FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Jul 7, 2025
OFFICE OF THE CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

3:25-cv-03041

**CASE NO.** ____________

**Jury Trial:** ■ **Yes** □ **No**
**(Check One)**

I. Parties Pretrial detainee

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Carl J. Jones
ADC # ____________
[Baxter Co. Jail]
Address: BCDC 904 Hwy 62 W, Mountain Home AR 72653

Name of plaintiff: ____________
ADC # ____________

Address: ____________

Name of plaintiff: ____________
ADC # ____________

Address: ____________

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: John Montgomery (sheriff)

Position: Sheriff of Baxter County

Place of employment: Office of the Sheriff

Address: 904 Hwy 62 W, Mountain Home AR. 72653

Name of defendant: Tabitha Maze.

Position: Jail administrator

Place of employment: Baxter County Detention Center

Address: 904 Hwy 62 W. Mountain Home AR 72653

Name of defendant: ____

Position: ____

Place of employment: ____

Address: ____

Name of defendant: ____

Position: ____

Place of employment: ____

Address: ____

II. Are you suing the defendants in:

- ☐ official capacity only
- ■ personal capacity only
- ☐ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No X

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: ____

____

Defendants: ____

____

☐ Court (if federal court, name the district; if state court, name the county): ______________________

☐ Docket Number: ______________________

☐ Name of judge to whom case was assigned: ______________________

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) ______________________

☐ Approximate date of filing lawsuit: ______________________

☐ Approximate date of disposition: ______________________

IV. Place of present confinement: Baxter Co. Detention Center
904 Hwy 62 W. Mountain Home AR 72653

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

X in jail for other reasons (e.g., alleged probation violation, etc.)
explain: ______________________

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes X No ____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes X No ____

If not, why? ______________________________________________

______________________________________________

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Claim NO.A 1. Plaintiff Carl J. Jones is a 30 yr old male whom suffers from Type Gastrectomy-hypoLycemia at all times relevent to this Claim between the dates of 03/01/2025 through 04/06/2025 the defendants' displayed a deliberate Indifference to Plaintiff's serious medical needs resulting in an actual concrete injury. ~~Resulted~~

2. Plaintiff was an inmate at the Baxter Co Detention Center on the above dates defendants were made aware of Plaintiff's condition, but allowed Plaintiff to have seizures wherefrom other inmates gave me sugar + peanut butter to bring me around. this was made known to Jail administrator Lt. Maze, and other staff whom allowed me



OVER →

Continued

3. to become comatose (3) more times falling on the hard floor while having a seizure(s),

Claim B.

1. In addition, defendants clandestine form of Punishing this Pretrial detainee by forcing me to lay on steel Bunks and hard Concrete with no mattress or Pillow between the dates of 03/21/2025 04/06/2025, caused my extreminies to hurt and become numb as a impermissable form of punishment. as admitted by defendants

2. Defendants acts, actions, inactions, or omissions as set forth in Claims A and B. were/are violative of my Rights to due Process as guaranteed me by the Eighth, and Fourteenth amendments to the United States Constitution.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff seeks a Declaratory Judgment in his favor
Plaintiff seeks compensatory damages in the sum of
$250,000 and Punitive damages at Trial.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 23 day of June, 2025.

Carl Jones
BCDC 904 hwy 62 West
mtn Home 72653
Signature(s) of plaintiff(s)

Carl J. Jones
BCDC 904 Hwy 62 W
Mountain Home Ar. 72653

NW ARKANSAS AR 727
27 JUN 2025 AM 1 L

FREEDOM
FOREVER / USA

Received WD/AR
JUL 01 2025
U.S. Clerk's Office

Clerk: United States Courthouse
35. E. Mountain Rm 510
Fayetteville Arkansas 72701

Legal

Legal

72701-535335