IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CARL J. JONES                                                                      PLAINTIFF

v.                                        Civil No. 3:25-cv-03041-CDC

SHERIFF JOHN MONTGOMERY, Baxter
County, Arkansas; and JAIL
ADMINISTRATOR TABITHA MAZE,
Baxter County Detention Center                                          DEFENDANTS

## JUDGMENT

For the reasons stated in the Court's Opinion and Order filed this day in this matter,

Defendants Sheriff John Montgomery's and Jail Administrator Tabitha Maze's Motion for

Summary Judgment for Failure to Exhaust Administrative Remedies (ECF No. 26) is **GRANTED**,

and Plaintiff Carl J. Jones's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**DATED** this **30th day of March 2026**.

/s/ *Christy Comstock*

HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE

1